■ In the Matter of the Arbitration between GERA FABRICS DIVISION, PETER FULLER ENTERPRISES, INC., Respondent, and LIBERTY FABRICS OF NEW YORK, INC., Appellant.—Order unanimously affirmed, with $50 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ DORIS B. KOLMER, Appellant, v. MAX KOLMER, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ JOHN N. BAUER V. HERBERT CONSTRUCTION CO., INC., et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ LOUIS EISENBERG V. BESSIE HONG et al. and PHILIP LEVENTHAL, Appellant.— Motion to dismiss appeals granted, with $10 costs. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ KENNETH C. FORDE V. ERIE RAILROAD COMPANY.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of HERBERT A. BIRRELL against JOSEPH L. GOLDMAN.— Motion for leave to appeal on an abbreviated record denied without prejudice to a proper motion after settlement of the case. (See Village of Port Chester v. Sheehan, 5 A D 2d 839; Civ. Prac. Act, § 609, subd. 1.) Stay continued on condition stated in the order. Concur — Botein, P. J., Rabin, Valente; McNally and Stevens, JJ.

■ WILLIAM F. LEONARD V. JAY A. MELLISH WAREHOUSES, INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ HAPPY HANK AUCTION CO. INC., v. AMERICAN EAGLE FIRE INSURANCE COMPANY et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of the Arbitration between LUGAY FROCKS, INC., and JOINT BOARD DRESSMAKERS' UNION, I. L. G. W. U., AFL, et al.— Motion for stay unanimously dismissed, having become academic by virtue of the decision of this court in Matter of Lugay Frocks [Joint Bd. Dressmakers' Union] (6 A D 2d 1000). Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of the Arbitration between ALOHA FROCKS, INC. and JOINT BOARD DRESSMAKERS' UNION, I. L. G. W. U., AFL, et al.— Motion for stay unanimously dismissed, having become academic by virtue of the decision of this court in Matter of Aloha Frocks [Joint Bd. Dressmakers' Union] (6 A D 2d 1000). Concur — Botein, P. J., Rabin, Valente, McNally and Stevens. JJ.